UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YOVANI ACOSTA SEPULVEDA,<br><br>　　　　　　　　Defendant. | CASE NO. MJ24-416<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances, and there is thus a presumption that he is both a flight risk and a danger to the community. The Court finds Defendant has not overcome this presumption and shall be detained.

The Court has not received any verified information about Defendant's ties to the community and family support; his health and financial status, his mental health, or whether there are any substance use issues. Defendant is charged with an offense that carries a mandatory minimum of ten years of imprisonment if he is convicted as charged. This lengthy term of

DETENTION ORDER - 1

imprisonment provides ample reason to flee, especially given Defendant's lack of ties to the district or the United States.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of July, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2